# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES BARRETT, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> KILO KIJAKAZI, Acting ) <br> Commissioner of the Social Security ) <br> Administration, ) <br> ) <br> **Defendant.** ) | Case No. CIV-20-707-SLP |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Shon T. Erwin [Doc. No. 29]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED. A separate judgment shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 27th day of September, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE